IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| JOSEPH CHARLES CAMPA | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:18cv386 |
| DIRECTOR, TDCJ-CID | § | |

**ORDER OF DISMISSAL**

The above-entitled and numbered application for the writ of habeas corpus was referred to United States Magistrate Judge K. Nicole Mitchell. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were filed. The court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the above-styled application for the writ of habeas corpus is **DISMISSED** with prejudice. The Petitioner is **DENIED** a certificate of appealability *sua sponte*. All motions not previously ruled upon are **DENIED**.

**SIGNED this the 11th day of February, 2019.**

　
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

1